Yasha Bronshteyn, Esq.
Ginzburg & Bronshteyn, LLP
11111 Santa Monica Boulevard, Suite 1840
Los Angeles, CA 90025
Tel. (310)914-3222
Fax (310)914-4242
Email: yashagbllp@yahoo.com
CA Bar Roll No. 210248

Wayne D. Lonstein, Esq.
Lonstein Law Office, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, NY 12428
Tel. (845) 647-8500
Fax (845) 647-6277
Email: Wayne@signallaw.com

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

---

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** as Broadcast Licensee of the **December 27, 2008, UFC #92** Broadcast,<br><br>　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>JUAN M. LOREDO and ANTHONY PAUL GREGORI, Individually, and as officers, directors, shareholders and/or principals of AGSJ, INC., d/b/a THE VINYL ROOM, a/k/a VINYL ROOM, and AGSJ, INC., d/b/a THE VINYL ROOM, a/k/a VINYL ROOM,<br><br>　　　　　　　　　Defendants. | **NOTICE OF PARTIAL DISMISSAL**<br><br>Civil Action No. 4:09-CV-4040 CW |

---

**JOE HAND PROMOTIONS, INC.**, Plaintiff in the above entitled action, having compromised this action and no party herein being an infant or incompetent for whom a committee has been appointed and there being no person not a party who has any interest in the subject matter

1   of said action, hereby moves that the above entitled action against the Defendant, **ANTHONY**

2   **PAUL GREGORI,** be dismissed without prejudice and without costs to either party pursuant to

3   Rule 41(a)(2) of the Federal Rules of Civil Procedure.

4   It has been determined that the defendant, **ANTHONY PAUL GREGORI**, was no longer

5   the owner of the establishment on December 27, 2008.  This was agreed to by defendant, **JUAN M.**

6   **LOREDO**.

7   This dismissal is specific to said Defendant and does not affect any remaining claims against

8   Defendant, **JUAN M. LOREDO, Individually, and as officer, director, shareholder and/or**

9   **principal of AGSJ, INC., d/b/a THE VINYL ROOM, a/k/a VINYL ROOM, and AGSJ, INC.,**

10  **d/b/a THE VINYL ROOM, a/k/a VINYL ROOM**.

11  Dated: October 7, 2009
12  　　　　Ellenville, New York
13  　　　　　　　　　　　　　　　　　　　**JOE HAND PROMOTIONS, INC.**
14
15  　　　　　　　　　　　　　　　　　　　BY: /s/Wayne D. Lonstein
16  　　　　　　　　　　　　　　　　　　　　　　WAYNE D. LONSTEIN
17  　　　　　　　　　　　　　　　　　　　　　　LONSTEIN LAW OFFICE, P.C.
18  　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
19  　　　　　　　　　　　　　　　　　　　　　　1 Terrace Hill, P.O. Box 351
20  　　　　　　　　　　　　　　　　　　　　　　Ellenville, NY 12428
21  　　　　　　　　　　　　　　　　　　　　　　Email: Wayne@signallaw.com
22  　　　　　　　　　　　　　　　　　　　　　　Tel. (845) 647-8500
23  　　　　　　　　　　　　　　　　　　　　　　Fax (845) 647-6277
24  　　　　　　　　　　　　　　　　　　　　　　*Our File No. 08-24CA-N01V*
25
26  　　　　　　　　　　　　　　　　　　　BY: /s/Yasha Bronshteyn
27  　　　　　　　　　　　　　　　　　　　　　　YASHA BRONSHTEYN
28  　　　　　　　　　　　　　　　　　　　　　　Bar Roll No. 210248
29  　　　　　　　　　　　　　　　　　　　　　　GINZBURG & BRONSHTEYN, LLP
30  　　　　　　　　　　　　　　　　　　　　　　Resident Counsel for Plaintiff
31  　　　　　　　　　　　　　　　　　　　　　　11111 Santa Monica Blvd
32  　　　　　　　　　　　　　　　　　　　　　　Suite 1840
33  　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90025
34  　　　　　　　　　　　　　　　　　　　　　　Email: yashagbllp@yahoo.com
35  　　　　　　　　　　　　　　　　　　　　　　Tel. (310)914-3222
36  　　　　　　　　　　　　　　　　　　　　　　Fax (310)914-4242

December
**SO ORDERED** this   21   day of ~~October~~, 2009.

_____
**HONORABLE CLAUDIA WILKEN**
United States District Judge

CERTIFICATION OF SERVICE

This is to certify that the foregoing document was duly served by mailing true and accurate copies to:

Anthony Paul Gregori
309 Sussex Court
Belmont, CA 94002


[x] By US Postal Service,
On this 8th day of October, 2009.


                                           /s/Wayne D. Lonstein
                                           WAYNE D. LONSTEIN