Yasha Bronshteyn, Esq.
Ginzburg & Bronshteyn, LLP
11111 Santa Monica Boulevard, Suite 1840
Los Angeles, CA 90025
Tel. (310)914-3222
Fax (310)914-4242
Email: yashagbllp@yahoo.com
CA Bar Roll No. 210248

Wayne D. Lonstein, Esq.
Lonstein Law Office, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, NY 12428
Tel. (845) 647-8500
Fax (845) 647-6277
Email: Wayne@signallaw.com

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

------------------------------------------------------------

**JOE HAND PROMOTIONS, INC.,** as Broadcast Licensee of the **December 27, 2008, UFC #92** Broadcast,

        Plaintiff,

-against-

JUAN M. LOREDO and ANTHONY PAUL GREGORI, Individually, and as officers, directors, shareholders and/or principals of AGSJ, INC., d/b/a THE VINYL ROOM, a/k/a VINYL ROOM, and AGSJ, INC., d/b/a THE VINYL ROOM, a/k/a VINYL ROOM

        Defendants

**ORDER**

Civil Action No. 4:09-CV-4040 CW

------------------------------------------------------------

Considering the Stipulation of the Parties, for an extension of time to complete Mediation in this matter, it is hereby:

ORDERED that the Mediation deadline is extended and Mediation is to take place by March 5, 2010.

So Ordered this 12th day of January 2010

_____
**HON. CLAUDIA WILKEN**
United States District Judge