UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| JOE HAND PROMOTIONS, INC., | |
|---|---|
| Plaintiff, | No. C09-4040 CW MED |
| v. | **ORDER APPROVING REQUEST FOR PLAINTIFF'S CORPORATE REPRESENTATIVE TO ATTEND MEDIATION BY PHONE** |
| LOREDO, ET AL., | |
| Defendants. | |

Date: March 5, 2010
Mediator: Patricia Prince

IT IS HEREBY ORDERED that plaintiff's corporate representative, Joe Hand, Jr., is excused from attending the March 5, 2010, mediation before Patricia Prince in attending. Mr. Hand shall be efendants Michael Beal, Darin Nishimoto, Dave Lundgren, Jason Corsolini, Eric Mulhern, Ryan Cantrell, Officer Delbo and Officer Schroer are excused from appearing at the December 16, 2009, mediation before Randolph Hall.

IT IS SO ORDERED.

January 14, 2010                    By:    *Elizabeth D. Laporte*
Dated                                               Elizabeth D. Laporte
                                                    United States Magistrate Judge